AO 442 (Rev. 11/11) Arrest Warrant



**SEALED**
BY THE ORDER OF THE COURT

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

| United States of America | ) |
| v. | ) |
| Stephen Tyler Bieneman | ) Mag. No. 22-2073 WRP |
| | ) |
| Defendant | ) |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Dec 12, 2022
John A. Mannle, Clerk of Court

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Stephen Tyler Bieneman
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Assaults within maritime and territorial jurisdiction, in violation of Title 18, United States Code, Section 113(a)(4).

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Dec 21, 2022 4:04 p.m.
John A. Mannle, Clerk of Court

Date: December 12, 2022

City and state: Honolulu, Hawaii

Wes Reber Porter
United States Magistrate Judge

---

### Return

This warrant was received on *(date)* 12/21/2022, and the person was arrested on *(date)* 12/21/2022
at *(city and state)* Honolulu, HI

Date: 12/21/2022

*Arresting officer's signature*

Eric Kalima DUSM
*Printed name and title*

on behalf of DUSM J. Thomas